UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21-mc-_____ |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND TIME TO COMMENCE JUDICIAL FORFEITURE PROCEEDINGS** |
| $13,218.00 IN U.S. CURRENCY, | |
| Defendant, | |
| and | |
| DEANDRE ONEIL JACKMAN, | |
| Claimant. | |

The Plaintiff and the Claimant stipulate, pursuant to 18 U.S.C. § 983(a)(3)(A), to extend the time in which the Plaintiff is required to file a Complaint for Forfeiture or to obtain an Indictment alleging forfeiture until February 11, 2021.

1. On or about March 11, 2020, the Minneapolis/St. Paul International Airport Police ("APD") and members of the United States Drug Enforcement Administration ("DEA") seized $13,218.00 in U.S. Currency from the Claimant.

2. The DEA commenced administrative forfeiture proceedings for the Defendant Currency and sent written notice to all known interested parties of its intent to forfeit the currency.

3. On November 12, 2020, Deandre Oneil Jackman filed a claim for the Defendant Currency through his attorney, Craig E. Cascarano.

4. The time has expired for any other person to file a claim for the Defendant Currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no other claims for any portion of the currency have been received from any other individual or entity.

5. Under 18 U.S.C. § 983(a)(3)(A), the government has 90 days after a claim has been filed in an administrative action to bring a civil complaint for forfeiture, "except that a court in the district in which the complaint will be filed may extend the period for filing a complaint for good cause shown or upon agreement of the parties."

6. The parties agree to extend the deadline under 18 U.S.C. § 983(a)(3) for filing a judicial forfeiture proceeding with respect to the Defendant Currency until April 12, 2021 in order to allow time for settlement discussions.

Dated:   January 22, 2021               ERICA H. MacDONALD
                                        United States Attorney

                                          s/ Quinn Hochhalter
                                        BY: QUINN HOCHHALTER
                                        Assistant U.S. Attorney
                                        Attorney ID No. 07791ND
                                        600 United States Courthouse
                                        300 South Fourth Street
                                        Minneapolis, MN 55412
                                        Phone:   612-664-5600
                                        QHochhalter@usdoj.gov

Date:   January 22, 2021                CASCARANO LAW OFFICE

                                          s/ Quinn Hochhalter on behalf of Craig E. Cascarano
                                        CRAIG E. CASCARANO, Esq.
                                        Attorney ID No. 15544
                                        150 South Fifth Street, Suite 2860
                                        Minneapolis, MN 55402
                                        612-333-6603
                                        Attorney for Claimant
                                        Deandre Oneil Jackman